# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0625
_____

CLINT M. STAGG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


May 7, 2025


PER CURIAM.

Because the trial court has ruled on Petitioner's postconviction motion, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clint M. Stagg, pro se, Petitioner.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.